GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ROBERT A. RABBANI (California Bar No. 192135)
Special Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8611
     Facsimile:  (213) 894-6436
     Email:      rrabbani@usa.doj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-697-SVW |
|---|---|
| Plaintiff, | ) <u>FINDINGS AND ORDER</u> |
| v. | ) |
| CLAUDIA MENCHACA VILLALOBOS, | ) |
| Defendant. | ) |

<u>PROPOSED FINDINGS AND ORDER</u>

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties and finds that the interests of justice outweigh the defendant's and the public's right to the commencement of trial in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the time between July 2, 2009 and October 5, 2009, inclusive, may be excluded pursuant to 18 U.S.C. § 3161 (h)(h)(1)((I) and (h)(8)(A).  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

periods may be excluded from the period within which trial must commence.

    IT IS THEREFORE ORDERED that this matter is continued for change of plea to October 5, 2009, at 11:00 a.m.

DATED: October 5, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE